IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 121-047 |
| | * |
| LILA MARIE QUARLES | * |

ORDER

On May 5, 2023, the United States Court of Appeals for the Eleventh Circuit appointed counsel to assist Defendant Lila Marie Quarles with her appeal. Since that time, Quarles has filed pro se motions for leave to appeal in forma pauperis and to forward the case record to the Eleventh Circuit.

Because the matter is now on appeal, this Court has been divested of jurisdiction. Moreover, the Court does not accept pro se filings from represented parties. For these reasons, the Clerk is directed to **TERMINATE** the referenced motions (doc. 621 & 627). Defendant is advised that she should henceforth allow her appointed counsel to handle matters relating to her appeal.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of June, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA