IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff-Appellee, | ) | |
| v. | ) | Case No.   CR 121-047-016 |
| | ) | Appeal No. 23-11475-JJ |
| LILA MARIE QUARLES, | ) | |
| Defendant-Appellant. | ) | |

O R D E R

The appeal in the above-styled action having been dismissed pursuant to the Government's motion and said motion granted by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___6th___ day of June 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA